IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| In re Richard Miller | Chapter 7 |
| | Case No. 19-46148-mar |
| | Hon. Mark A. Randon |
| Debtor. | |
| _____/ | |
| | |
| Richard Miller, | Adv. Proc. No. 19-04301-mar |
| Plaintiff, | |
| v. | |
| Legacy DMC, | |
| Defendant. | |
| _____/ | |

CERTIFICATE OF SERVICE FOR SUMMONS AND COMPLAINT

I, Stephen A. Thomas, hereby state that on July 14, 2019, I served a true and correct copy of the Summons and Complaint for the above matter upon:

Legacy DMC
Attn: Joseph Walsh, President
Lande Bldg., 550 E Canfield Street #329
Detroit, MI 48201.

1

by First Class U.S. Mail by placing in an envelope with sufficient postage.

|  |  |
|---|---|
| July 14, 2019 | /s/ Stephen A. Thomas<br>STEPHEN A. THOMAS P43260<br>Attorney for Plaintiff<br>645 Griswold St., Suite 1360<br>Detroit, Michigan 48226<br>313-965-2265<br>sthomas@313965bank.com |